# In the United States Court of Federal Claims

## NOTICE

**DARRELL BOYE, et al.**

**No. 07-195 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., May 16, 2007**

To Attorney of Record, Assistant Attorney General, and Judge Sweeney:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed May 15, 2007, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk