X FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 1 2 2002
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kurt Snyder, et al., Plaintiffs, vs. The United States of America, Defendant. | No. CIV 02-0308-~~PHX~~-PCT-EHC ✓<br>No. CIV 02-1627-PHX-EHC (consolidated)<br>**ORDER** |
| Antonio Cooke, et al. Plaintiffs, vs. The United States of America, Defendant. | |

Pending before the Court are Plaintiffs' Motion to Consolidate Cases [Dkt. 53] and the United States' Motion to Consolidate [CIV 02-0308-PHX-EHC, Dkt. 55; CIV 02-1627-PHX-EHC, Dkt. 13]. Pursuant to Rule 42(a), Fed.R.Civ.P., and Local Rule 1.2(g)(2), the parties request the Court consolidate the cases Kurt Snyder, et al. v. The United States of America, CIV 02-0308, and Antonio Cooke, et al. v. The United States of America, CIV 02-1627. The two cases involve common questions of law and fact, persons suing in the same capacity, and the same defendant.

56

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Consolidate Cases [Dkt. 53] and the United States' Motion to Consolidate [CIV 02-0308-PHX-EHC, Dkt. 55; CIV 02-1627-PHX-EHC, Dkt. 13] are **GRANTED**. Any further filings shall contain the caption substantially as it appears in this Order.

DATED this 7th day of November, 2002.

Earl H. Carroll
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# United States District Court

District of Arizona

Notice of Orders or Judgments
Fed. R. Civ. P. 77(d)
Fed.R.Crim.P.49

Date: 11/12/02

To: James C Hair
40 N Central
Ste 1200
Phoenix, AZ 85004

Re: Case Number: 3:02-cv-00308 Instrument Number: 56

If this transmission does not complete, it will be re-sent, up to three times. If a complete copy of this document is not received, please call the scanning clerk in Phoenix at (602)322-7206 or Tucson at (520)205-4223.

Number of pages including cover sheet: 3

*** NOTICE ***

**The recently adopted emergency amendment to Local Rule 1.18 is now available for review and comment on the court's website at www.azd.uscourts.gov. Comments are due not later than November 30, 2002.**