# In the United States Court of Federal Claims

No. 07-195 C
(Filed: July 24, 2007)

```
***********************************
DARRELL BOYE et al.,              *
                                  *
               Plaintiffs,        *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
               Defendant.         *
***********************************
```

**ORDER**

On July 23, 2007, defendant electronically filed Defendant's Motion to Dismiss. The clerk's office notified the undersigned that defendant failed to comply with RCFC 5.2(a)(1). In particular, defendant's motion lacks a table of contents, RCFC 5.2(a)(1)(A), and a table of authorities, RCFC 5.2(a)(1)(B). Further, the exhibits are not identified or paginated as required by RCFC 5.2(a)(1)(D).

In light of these errors, the court directs the clerk's office to **STRIKE** Defendant's Motion to Dismiss. Defendant is directed to file a corrected motion **no later than Monday, July 30, 2007**. The due date of plaintiffs' response pursuant to RCFC 7.2(c) shall be based upon the date defendant files its correct motion.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge