# In the United States Court of Federal Claims

No. 07-195 C
(Filed: July 25, 2007)

| | |
|---|---|
| *********************************** | |
| DARRELL BOYE et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

## ORDER

On July 23, 2007, plaintiffs in the above-captioned case submitted to the clerk's office, via regular mail, an amended complaint. This case has been designated an electronic case, and all filings subsequent to the initial complaint must be filed via the court's case management/ electronic case filing system. See General Order 42A at ¶ 1. Accordingly, the clerk's office is directed to return the amended complaint to plaintiff, unfiled.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge