Edward D. Fitzhugh
*Law Offices of Edward D. Fitzhugh*
P.O. Box 24238
Tempe, Arizona 85285-4238
(480) 752-2200
Arizona Bar No. 007138
Attorney for Plaintiffs

IN THE UNITED STATES COURT

OF FEDERAL CLAIMS

| | |
|---|---|
| DARRELL BOYE, a married man, individually, KIRK SNYDER, a married man, individually; LARRY ETSITTY, SR., a single man; SARAH HABAADIH, a single woman; JONES R. BEGAY, a married man, individually; JOHNNY PESHLAKAI, a married man, individually; RONALD PLATERIO, a married man, individually; REX BUTLER, a married man, individually; TYRONE BENALLY, a single man; CHARLENE BAHE, a single woman; KENNY JAMES, a married man, individually; ROSALYN BENALLY, a single woman; LEROY BUTLER, a married man, individually; LUCY LANE, a married woman, individually; DALE DENNISON, a married man, individually; RANDALL TOMASYO, a married man, individually; MARJORIE HENDERSON, a single woman; PATRICIA YELLOWHAIR, a single woman; CLINTON C. CURTIS, a single man; HENRY K. MOORE, a single man; IRENE SIX, a single woman; THOMAS ETSITTY, a single man; GENEVIEVE MORGAN, a single woman; DARRELL HARVEY, a single man; LELAND TOM, a single man; RANDALL J. BLUEHOUSE, a single man; ALVERNON TSOSIE, a single man; GILBERT YAZZIE, a single man; KARL ATCITTY, a single man; JONATHON LEONARD, a single man; O.J. WHITE, a single man; JULIAN HENRY, a single man; MARVIN CURLEY, a single man; DAREN SIMEONA, a single man; EMMITT YAZZIE, a single man; FARRELL BEGAY, a single man; DAVE M. FRANCISCO, a single man; MONICA BUTLER, a single woman; ELRENS C. HENIO, a single man; PATRICK YAZZIE, a single man; FRANKLIN LEE, a single man; ELAINE NEZ, a single woman; | Case No.: 07-195C<br><br>(FIRST)<br>MOTION FOR ENLARGEMENT OF TIME UNOPPOSED |

DELVIN MILES, a single woman; DARRELL BETONIE, a single man; WILSON HONIE, a single man; RAMONA I. BEDONIE, a single woman; VERNESSA YELLOWHAIR, a single woman; LESLIEH YAZZIE, a single woman; JOSEPH BENALLY, a single man; TIM JOHNSON, a single man; DEAN HADLEY, a single man; ELOUSIE TSOSIE, a single woman; LORETTA REDHOUSE, a single woman; ERWIN TODDY, a single man; RENITA BENALLY, a single woman; FELICIA WILLIAMS, a single woman; LOUIS ANDERSON, JR., a single man; RONALD R. BITAH, a single man; BERNADINE FRANCIS, a single woman; LEON M. MITCHELL, a single man; LAMAR MARTIN, a single man; WALLY WHITEGOAT, a single man; AMOS BEN, a single man; LEANDER L. MORRIS, a single man; ROY E. LAWRENCE, a single man; LOUIS P. ORTIZ, a single man; MARTIN PAGE, a single man; STANLEY E. ASHLEY, a single man; DARLENE ANTONIO, a single woman; RICHARD SHIRLEY, JR., a single man; IRVIN ATTISON, a single man; LEMAN HARVEY, SR., a single man; ERIK FRANCISCO, a single man; LEROY WILSON, a single man; FRANK E. HENRY, a single man; JENNY M. MARTIN, a single woman; ELROY NASWOOD, a single man; ARNOLD SILVERSMITH, a single man; ALEJANDRO DAYEA, a single man; RON SINGER, a single man; DENISE BILLY, a single woman; ANTONIO COOKE, a married man, individually; EVELYN SMILEY, a single woman; MARY FERNANDO, a single woman; KATIE BELONE, a single woman; LOUIS ANDERSON, a single man; ESTHER CHARLEY, a married woman, individually; LOUIS ST. GERMAINE, a single man; ERNEST D. YAZZIE, a single man; SALVANTIS BEGAY, a single man; ROSINA FORD, a single woman; OTIS DESIDERIO, a married man, individually; ROBERT H. JAMES, a married man, individually; FREDERICK L. PRICE, a married man, individually;

RAYMOND K. BARLOW, a married man, individually; HENRY C. PLATERIO, JR., a married man, individually; FAYETTA DALE, a single woman; WALLACE BILLIE, a married man, individually; KARA TILDEN, a single woman; BERNADINE DODSON, a married woman, individually; RAYMOND BUTLER, JR., a married man, individually; JEREMIAH DEE, a married man, individually; HARRY SOMBRERO, a married man, individually; DARLENE JAMES, a single woman; ROBERT PLATERO, a married man, individually; SAMANTHA A. YAZZIE, a single woman; CALVIN L. BROWN, a single man; ERICSON YAZZIE, a single man; WENDELL L. BITSELLEY, a married man, individually; DERRYCK C. BEGAYE, a single man; TRAVIS SILVERSMITH, a married man, individually; GORDON TOADLENA, a married man, individually; JONATHAN L. BILLIE, a single man; JOHN BILLISON, a single man; JEFFERSON LILLY, a married man, individually; and, on behalf of all other similarly situated employees of the Navajo Department of Public Safety and the Navajo Nation,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA, a sovereign entity,

Defendants.

COME NOW Plaintiffs, by and through undersigned counsel, request an additional two weeks to submit their response to Defendant's Motion to Dismiss. Defense counsel does not object to the extension.

The extension is necessary because Plaintiffs counsel has simultaneously been inundated with other matters requiring extension pleadings. Currently the Ninth Circuit

Court of Appeals instructed the litigants to submit briefs to the Navajo Supreme Court regarding its jurisdiction in a long arm jurisdiction issue over Ford Motor Company. At the same time counsel is involved in a complex Motion to Dismiss with the State of Arizona involving a a statute of which the State Supreme Court recently reinterpreted. Also, counsel is in personal litigation involving child custody. Lastly, a matter which has been returned to trial court has two hearings on discovery dispute (August 13 and August 29) *Duran v. Ford Motor Company*.

Currently Plaintiffs response is due on August 27, 2007. The requested extension would have the response due on September 11, 2007 (15 calendar day extension).

WHEREFORE, Plaintiffs respectfully request the Court enter an order extending Plaintiff's Response to Defendant's Motion to Dismiss to be filed with the court on or before September 11, 2007.

RESPECTFULLY SUBMITTED this 21st day of August, 2007.

/s/ Edward D. Fitzhugh
Edward D. Fitzhugh
Attorney for Plaintiffs

I hereby certify that on August 22, 2007, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Maame A.F. Ewusi-Mensah
Assistant Attorney General
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20530
Attorney for United States

/s/ Barbara K. Dean