# In the United States Court of Federal Claims

No. 07-195 C
(Filed: August 23, 2007)

| | |
|---|---|
| *********************************** | |
| DARRELL BOYE et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On August 22, 2007, plaintiffs in the above-captioned case filed an unopposed motion for an enlargement of time, seeking an additional two weeks in which to respond to defendant's motion to dismiss. Plaintiffs' motion is **GRANTED**.

Accordingly, plaintiffs shall file their response in opposition to defendant's motion to dismiss **no later than Tuesday, September 11, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge