deem necessary, provided that the Navajo Department of Criminal Investigations is reimbursed for travel, meals, and lodging.

H. Testify on behalf of the Navajo Nation and the United States Government in criminal prosecution hearings, provided that the Navajo Department of Criminal Investigations is reimbursed for travel, meals, and lodging, should the testimony be on behalf of the United States Government.

I. Serve Warrants and make Arrests:

1. When federal arrest warrants are served by criminal investigators, prisoners shall be immediately advised of their Miranda Rights, and the Contractor shall work with the United States Attorney's Office regarding safe transportation to a federally approved detention center. All personal property of the prisoners shall be safeguarded and transported. The United States Marshals service shall be immediately notified of the name of the arrestee, warrant number, charges, and the location where the prisoners is incarcerated. Arrest report shall be completed immediately and filed at the district station.

2. Whenever an arrest without a warrant is made for a federal crime which occurs in the presence of a criminal investigator, the criminal investigator shall immediately advise the prisoner of his/her Miranda Rights, notify the United States Attorney's Office, and cooperate in arranging for an initial appearance for the prisoner and the safe transportation of the prisoner to a federally approved detention center.

J. Ensure that no criminal investigator or other Navajo Department of Criminal Investigations employee encourages or discourages any civil lawsuit against the United States or the Navajo Nation.

K. This contract does not include criminal investigative responsibility for waste, fraud and mismanagement in any grant, contract, or cooperative agreement in which the United States is a party. All such incidents of waste, fraud and/or mismanagement, shall be reported to the Department of Interior, Office of the Inspector General. Nor does this contract include investigative responsibilities for administrative matters that are internal to the Bureau of Indian Affairs.

102. Personnel. The Contractor shall perform the contracted criminal investigation in accordance with the qualifications, training, code of conduct, inspection and evaluation, and other standards applicable to Bureau criminal investigators personnel, or the equivalent. In addition to Navajo Nation personnel employment standards, the Contractor shall require the following for each criminal investigator position:

A. Employee candidates must present evidence of ability to discharge the duties of the position. Commissioned criminal investigator candidates, in addition to other qualifications, shall demonstrate the traits and characteristics important to succeed in police work. Among these are: alertness, ability to work in stress situations, ability in oral expression, tact, integrity, capacity for effective public relations, practical intelligence and good judgment. Candidates must be honest and trustworthy; have

integrity, sound judgment, temperate habits; and have a satisfactory work record. Any applicant who does not have these qualities shall not be appointed to a commissioned criminal investigation position.

B. Prior to employment of any commissioned criminal investigator or civilian staff member, a full field background investigation shall be completed by the Contractor. Such investigation shall include, but not be limited to Navajo Nation, other tribal, local, state, and federal criminal history checks. Background checks/clearances, through fingerprint charts (FD-258) must be conducted through the Assistant Director, Identification Division, Federal Bureau of Investigation, Washington, D.C. 20537. Checks/Clearance through the National Crime Information Center (NCIC), state criminal history centers and local police and tribal court records shall be conducted. All background check/clearances shall be recorded, documented and kept on file for reach commissioned officer at the Contractor's Public Safety headquarters. Careful review and documentation shall be made on each officer's family data, education, employment, medical and military history, previous residences, organization and affiliations, personal references, credit record and police record, including drivers license history and status. Background review shall be conducted through both a written questionnaire to be completed by the employee applicant and a personal interview with present and past supervisors and associates who have personal knowledge of the applicant's background and character. The Contractor shall update background investigation every five (5) years from the date of last background investigation on all criminal investigators.

C. Any person who is convicted of a felony is not eligible for employment. Also any person who has been convicted of a misdemeanor, excluding minor traffic violations, within a period of three (3) years immediately preceding his/her appointment, or who has been convicted or plead guilty to a misdemeanor or a domestic violence related charge, shall not be eligible for employment as a criminal investigator or a civilian staff position.

D. Persons appointed to commissioned law enforcement positions shall be at least 21 years of age. This requirement may be waived for United States armed services veterans discharged under honorable conditions.

E. Applicants and commissioned law enforcement officer positions must be physically able to perform efficiently the duties of the positions, applicants shall have binocular visions correctable to 20/20 (Snellen) in each eye; uncorrected vision shall be no more than 20/200 in each eye. Near vision corrected or uncorrected shall be sufficient to read Yeager Type 2 at 14 inches. All criminal investigators must be able to distinguish basic color. All criminal investigator position applicants shall have the ability to hear the conversational voice, without the use of a hearing aid. Persons with an amputation of arm, hand, leg or foot shall not be employed. Applicants shall possess emotional and mental stability. Any physical condition which would cause the employee to be a hazard to himself/herself or to others shall be disqualified for appointment/employment or continued employment or appointment as a law enforcement officer. Fitness for duty examination shall be ordered for any employee in question. In addition, an annual medical examination shall be placed in each individual's official personnel folder.

F. Employee candidates must complete and successfully pass a psychological evaluation conducted by a licensed psychologist prior to employment. Any applicant who does not meet this requirement shall not be hired in a criminal investigator position. The Bureau of Indian Affairs will cooperate with the Contractor in obtaining such services through the Indian Health Services.

103. Qualifications and Training. The Contractor shall assure that each criminal investigator is qualified, depending upon position classification in the field of criminal investigation and posses knowledge of arrest procedures, rules of evidence, crime scene search, preservation of evidence, report writing, and ability to testify in court (25 CFR § 12.35).

A. Each criminal investigator must pass an approved firearms qualification course every six (6) months to be qualified to carry firearm. Whenever a criminal investigator's firearms qualification lapses, all weapons issued to the criminal investigator shall be returned. Any of the follow firearms qualification courses may be used to qualify criminal investigators in the use of a firearm:

1. The National Rifle Association National Police Course.
2. The National Rifle Association 25-Yard Course.
3. The National Rifle Association Practical Pistol Course.
4. The Federal Bureau of Investigation Particle Pistol Course.
5. All state approved firearms courses.
6. Federal Law Enforcement Training Center Courses.

B. Prior to, or within one (1) year after appointment or promotion, all commissioned criminal investigator positions shall have an updated background investigation complete, successfully complete the Basic Criminal Investigator's School at the Federal Law Enforcement Training Center, and obtain a Special Law Enforcement Commission from the Bureau of Indian Affairs. Such commissions may be revoked for cause by either the Contractor or the Bureau upon thirty (30) days notice to the other in writing.

C. Each criminal Investigator shall receive a minimum of forty (40) hours of in-service training annually to meet training needs determined by Contractor and to keep abreast with developments in the field of law enforcement and criminal investigations.

D. The Contractor may establish and maintain a training academy for the training of its personnel and/or assign commissioned Criminal Investigation personnel to an existing curriculum used for training, in compliance with the Bureau's mandated requirements shall be submitted to the (COR) for approval and certification prior to the implementation of the training. The COR, within thirty (30) days of receipt of the curriculum, shall respond to the Contractor its approval or disapproval of the curriculum. If the COR fails to respond within thirty (30) days, it shall be deemed by the Contractor

that the curriculum has been approved. Any disapproval of curriculum by the COR shall explain the reason for disapproval.

E. The Bureau shall provide additional necessary training, when requested in writing by the Contactor to enable the Contractor to carry out the terms and standards of the Contract. However, in the event that the Bureau cannot provide training needed by the Contractor to carry out the terms and conditions of this Contract, such failure will not adversely affect this Contract.

F. Certificates of satisfactory completion of each of the above training requirements shall be maintained in each individual criminal investigator's personnel folder.

104. Certification as Federal Law Enforcement Officers. The Bureau shall commission any criminal investigator meeting the personnel, qualifications and training provisions of this contract as a Federal Criminal Investigator.

105. Uniforms and Equipment.

A. Uniforms, when worn, shall positively identify the wearer as criminal investigator. Badge, name plate and tribal patch shall be visible at all times. Uniforms of all criminal investigations personnel shall be plainly distinguishable from the uniforms of other non-law enforcement personnel. Each criminal investigator shall be issued a standard identification card bearing a photograph of the investigator.

B. All criminal investigation vehicles shall be equipped with a two-way radio, emergency lights, sirens, fire extinguisher, flashlight, emergency flares, and a rappelling rope. Blankets, a first aid kit, a shovel will also be available at the stations. Contractor shall maintain all vehicles in good working condition.

C. The Contractor shall provide all criminal investigators with the following items and assure they are in good working condition:

1. .40 Caliber, 9mm or other firearms duly authorized by the Contractor.

2. Belt or shoulder holster, handcuffs case, and cartridge holder.

3. Handcuff with keys.

4. Minimum of one complete set of uniforms, including hat/helmet.

5. Badge.

6. Ammunition shall be expended and replaced annually.

7. Baton.

8. Pepper Mace.

D. The Bureau shall provide necessary equipment, when requested in writing by the Contractor and subject to availability, to the Contractor to efficiently and effectively carry out the terms and standards of the contract.

106. Salaries. Salaries paid criminal investigators by the Contractor under this Contract shall be equal to or greater than the salaries paid criminal investigators with similar responsibilities employed directly by the Bureau of Indian Affairs (25 CFR § 12.33 - 12.34).

107. Availability for investigations. A criminal investigator shall be available for investigations 24 hours a day, seven days a week.

108. No assignment as security. No Criminal Investigator shall be assigned to serve as bodyguards for the President, Vice-President or other politically elected or appointed official of the Navajo Nation Government. This does not prohibit any Criminal Investigator from conducting an investigation of criminal offenses or threats of criminal offenses against the President, Vice-President or other politically elected or appointed official of the Navajo Nation.

109. Upward Mobility Plan. The Upward mobility Plan is a component of the Department of Criminal Investigation as a staff development and training program, which is an educational support service for under graduate and graduate level employees pursuing a Bachelor of Science degree or Masters Degree in Criminal Justice Administration and/or Public Administration.

## STANDARDS

110. In performing this Contract, the Contractor shall adhere to the following standards: Navajo Nation laws, federal laws (including the Indian Civil Rights Act), Navajo Nation Public Safety General Orders, 25 CFR Part 12, 68 BIAM, and applicable U.S. Attorney Guidelines. The bureau shall provide copies of all Bureau manuals, federal laws and regulations, as well as any updates used as standards within this Contract.

## REPORTING

111. The Contract shall prepare and submit the following reports to the Contracting Officer's Representative:

A. Annual Report
Within 120 days after the end of the Contract year of this Contract, the Contractor will prepare an annual report covering the accomplishments and problems encountered during the prior year. The Annual Report shall contain the following statistical information and the report may contain any other statistical information the Contractor deems appropriate:

1. Offense Investigations (Part I, Navajo Nation Code violations, etc.).

2. Completed criminal investigation reports submitted to Navajo Nation Prosecutors.

3. Allegations of civil rights violations (Case Number and date referred to the Bureau).

4. Other statistical information the Navajo Division of Public Safety may desire to add.

5. Internal Reporting Procedures.

B. Internal Reporting Procedures.

The Contractor will maintain the following information as part of its performance of this Contract, but will not submit this information. However, this information will be available for inspection during the Bureau's yearly monitoring visit:

1. Officer logs;
2. Case reports, including arrest, investigation and incident reports;
3. Juvenile records;
4. Arrest and disposition records;
5. Evidence records;
6. Payroll records of all employees;
7. Reports of all traffic accidents investigated;
8. Individual background investigation records;
9. Training records and certifications of completion;
10. Codes of Conduct;
11. Government - furnished property inventory list;
12. Employee performance appraisal files;
13. Annual physical examination records;
14. Firearms certification records;
15. Criminal case logs;
16. Firearms inventory list; and
17. Except in firearms training, each time a firearm is used for law enforcement purposes, a report shall be filed with the superior of the criminal investigator who used the weapon. Whenever use of a weapon results in serious injury or death of any person, the criminal investigator who fired the weapon shall be placed on