# In the United States Court of Federal Claims

No. 07-195 C
(Filed: September 26, 2007)

***********************************
DARRELL BOYE et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On September 24, 2007, defendant electronically filed Defendant's Reply in Support of Its Motion to Dismiss ("reply"). The clerk's office notified the undersigned that defendant again failed to comply with RCFC 5.2(a)(1). In particular, the table of contents does not include "the specific contents of any appendix or appendices to the brief or memorandum" required by RCFC 5.2(a)(1)(A). However, because defendant did include an index at the beginning of the appendix, the court will allow defendant's reply to be filed by its leave.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge