# AFFIDAVIT

STATE OF ARIZONA )
) ss.
County of Maricopa )

EDWARD D. FITZHUGH, being first duly and properly sworn deposes and states::

1. That I am the attorney for the Plaintiffs in this case *Boye et. al. v. United States*. I was also counsel for the related earlier cases. *Snyder v. United States* and the subsequent cases adding new Plaintiffs asserting the same claims as in Snyder v. United States. Those cases were consolidated.

2. That during the entire proceedings Plaintiffs have only been able to obtain the two yearly contracts attached to the complaint. Plaintiffs were not able to conduct discovery.

3. That had the Plaintiffs who obtained these contracts been discovered they would have been subject to termination.

4. As such these are the only, documents (yearly contracts and related documents including accounting for each year) Plaintiffs have been able to obtain.

**FURTHER AFFIANT SAYETH NAUGHT.**

Edward D. Fitzhugh

**SUBSCRIBED AND SWORN** to before me this 2 day of October, 2007.

Dale Grant Fernau
Notary Public

My Commission Expires: 3/15/08

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
DALE GRANT FERNAU
My Commission Expires 03/15/08