# In the United States Court of Federal Claims

No. 07-195 C
(Filed: January 15, 2008)

| | |
|---|---|
| DARRELL BOYE et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

**ORDER**

On January 10, 2008, defendant in the above-captioned case filed Defendant's Unopposed Motion for an Enlargement of Time, seeking an additional thirty days "within which to complete the limited discovery permitted by the Court in its November 20, 2007 order." In its motion, defendant represents that plaintiffs served their document requests and deposition notices on December 5, 2007; that it produced all of the relevant contracts on January 2, 2008; that it is "locating additional responsive, non-privileged documents which fall within the scope of the Court's discovery order"; and that due to unresolved issues relating to the scope of discovery permitted by the court's order, it "intends to move for a protective order that some of the discovery sought by the plaintiffs not be had . . . ."

Minutes after defendant filed its motion, plaintiffs filed Plaintiffs' Memorandum Re: Defendant's "Unopposed Motion for Enlargement of Time," contending that defendant's failure to promptly seek a protective order to limit the scope of discovery constituted a deliberate delay.[1] Nevertheless, "[i]n light of Defendant's limited response to requested discovery[,] Plaintiffs are compelled not to oppose Defendant's request for extension of time and the commensurate extension of the discovery deadline."

Accordingly, because plaintiffs have reiterated their lack of opposition to defendant's request for an enlargement of time, defendant's motion is **GRANTED**. The limited discovery described in the court's November 20, 2007 order shall close **no later than Friday, March 21, 2008**. The parties shall then file a joint status report, **no later than Monday, April 1, 2008**, suggesting further proceedings in this case.

[1] Although alleged by plaintiffs, the court cannot make a finding that defendant has deliberately delayed the discovery process at this time.

The court reserves ruling on Defendant's Motion for Protective Order, filed January 11, 2008, until the motion has been fully briefed by the parties.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge