IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DARRELL BOYE, et al., | ) | |
| | ) | No. 07-195C |
| Plaintiffs, | ) | (Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AMENDED NOTICE OF DEPOSITION**

**YOU ARE HEREBY NOTIFIED** that, pursuant to RCP 30, the depositions will be taken upon oral examination of the person(s) whose name(s) and address(es) are stated below at the times and place stated below before an officer authorized by law to administer oaths. If the name(s) are not known, a general description sufficient to identify those persons or the particular classes or groups to which these persons belong is given below.

**PERSON TO BE EXAMINED:** The Director(s) of the Office of Indian Law Enforcement for the prior ten years.

**DATE AND TIME OF DEPOSITION:**

February 1, 2008 @ 10:00 a.m.; 1:00 p.m. and 3:00 p.m. (if necessary)

**PLACE OF DEPOSITION:**

Law Offices
1400 E. Southern Blvd. #1010
Tempe, Arizona 85282

The undersigned certifies that copies of this Notice of Taking Deposition have been served upon counsel by email, facsimile and U.S. mail as set forth below:

Maame A.F. Ewusi-Mensah
Assistant Attorney General
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Thomson Reporting Services
4021 N. 75th Street, Suite 101
Scottsdale, Arizona 85251-4568

RESPECTFULLY SUBMITTED this ____ day of January, 2008.

LAW OFFICES OF EDWARD D. FITZHUGH

______________________________
Edward Fitzhugh
P.O. Box 24238
Tempe, Arizona 85285-4238
Attorney for Plaintiffs