IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DARRELL BOYE, et al., | ) | |
| | ) | No. 07-195C |
| Plaintiffs, | ) | (Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF 30(B)(6) DEPOSITION

**YOU ARE HEREBY NOTIFIED** that, pursuant to RCP 30, the deposition will be taken upon oral examination of the person(s) whose name(s) and address(es) are stated below at the times and place stated below before an officer authorized by law to administer oaths. If the name(s) are not known, a general description sufficient to identify those persons or the particular classes or groups to which these persons belong is given below.

**PERSON(S) TO BE EXAMINED:** The Defendant's representative(s) that can testify with knowledge to:

1. The rates of pay for BIA Law Enforcement Officers (including Criminal Investigators) for the prior twenty-five years.

2. The rates of pay for Law Enforcement Officers (including Criminal Investigators) of all Indian Tribes operating police departments pursuant to "638 Law Enforcement Contracts". This includes the rates of pay for Navajo DPS Law Enforcement Officers (including Criminal Investigators). This request is for the prior twenty-five years.

**DATE AND TIME OF DEPOSITION:**

February 1, 2008 @ 10:00 a.m.; 1:00 p.m; and 3:00 p.m. (if necessary)

**PLACE OF DEPOSITION:**

Law Offices
1400 E. Southern Blvd., Ste. 1010
Tempe, Arizona 85282

The undersigned certifies that copies of this Notice of Taking Deposition have been served upon counsel by email, facsimile and U.S. Mail as set forth below:

Maame A.F. Ewusi-Mensah
Assistant Attorney General
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Thomson Reporting Services
4021 N. 75th Street, Ste. 101
Scottsdale, Arizona 85251-4568

RESPECTFULLY SUBMITTED this ____ day of January, 2008.

LAW OFFICES OF EDWARD D. FITZHUGH

______________________________
Edward Fitzhugh
P.O. Box 24238
Tempe, Arizona 85288-4238