IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DARRELL BOYE, et al., | ) | |
| | ) | No. 07-195C |
| Plaintiffs, | ) | (Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AMENDED NOTICE OF DEPOSITION**

**YOU ARE HEREBY NOTIFIED** that, pursuant to RCP 30, the deposition(s) will be taken upon oral examination of the person(s) whose name(s) and address(es) are stated below at the times and place stated below before an officer authorized by law to administer oaths. If the name(s) are not known, a general description sufficient to identify those persons or the particular classes or groups to which these persons belong is given below.

**PERSON(S) TO BE EXAMINED:** The Defendant's representative(s) whose names and/or titles are listed as:

1. The "Awarding Official(s)" as described in the Indian Affairs Manual Part 40 Chapter 1 during the past twenty-five years. FN1

2. The BIA official(s) located in Gallup, New Mexico with the responsibility and/or authority to insure that the terms of the subject FN1.

3. The self-determination Specialist/Awarding Official. FN1

4. Director(s) of the Office of Indian Law Enforcement Services.

FN1 - Officials to be deposed includes Dolores F. Torrez (or the person who signed the AFA, at Page 7, dated: January 17, 2002) and Sharon Pinto.

**DATE AND TIME OF DEPOSITION:**

January 22, 2008 @ 9:00 a .m.; 11:00 a.m.; 1:30 p.m. and 3:30 p.m.

**PLACE OF DEPOSITION:**

Law Offices
1400 E. Southern Blvd., Ste. 1010
Tempe, Arizona 85282

The undersigned certifies that copies of this Notice of Taking Deposition have been served upon counsel by email, facsimile and U.S. Mail as set forth below:

Maame A.F. Ewusi-Mensah
Assistant Attorney General
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Thomson Reporting Services
4021 N. 75th Street, Ste. 101
Scottsdale, Arizona 85251-4568

RESPECTFULLY SUBMITTED this ____ day of January, 2008.

LAW OFFICES OF EDWARD D. FITZHUGH

______________________________
Edward Fitzhugh
P.O. Box 24238
Tempe, Arizona 85288-4238
Attorney for Plaintiffs
(480) 752-2200