IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DARRELL BOYE, et al., | ) | |
| | ) | No. 07-195C |
| Plaintiffs, | ) | (Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' MOTION TO SUPPLEMENT RESPONSE TO MOTION FOR PROTECTIVE ORDER**

COME NOW Plaintiffs, by and through counsel undersigned, and move to supplement their Response to Defendant's Motion for Protective Order. In their Response Plaintiffs summarized their proposed compromise of the discovery disputes, sent by letter, and that Defendant had not responded. On February 1, 2008, Plaintiff's received Defendant's letter responding to the proposed compromises. Defendant rejected each and every proposed compromise.

WHEREFORE, Plaintiffs respectfully request they be permitted to supplement their Response with Defendant's letter addressing proposed compromises on the discovery dispute.

RESPECTFULLY SUBMITTED this 5th day of February, 2008.

LAW OFFICES OF EDWARD D. FITZHUGH

/s/ Edward D. Fitzhugh
Edward Fitzhugh
P.O. Box 24238
Tempe, Arizona 85288-4238
Attorney for Plaintiffs

**CERTIFICATE OF FILING**

I hereby certify that on this 5th day of February, 2008, a copy of the foregoing *Plaintiffs' Motion to Supplement Response to Motion for Protective Order* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ Edward D. Fitzhugh__________