# In the United States Court of Federal Claims

No. 07-195 C
(Filed: February 6, 2008)

```
************************************
DARRELL BOYE et al.,               *
                                   *
                 Plaintiffs,       *
                                   *
 v.                                *
                                   *
THE UNITED STATES,                 *
                                   *
                 Defendant.        *
************************************
```

**ORDER**

On February 5, 2008, plaintiffs in the above-captioned case filed Plaintiffs' Motion to Supplement Response to Motion for Protective Order. Specifically, plaintiffs filed a response to defendant's motion for a protective order on January 25, 2008, to which they appended a January 17, 2008 letter they sent to defendant regarding the discovery issues. Plaintiffs did not receive defendant's response to their letter until February 1, 2008, and thus they now seek leave to file a copy of that letter to supplement their response. Plaintiffs' request is reasonable. Accordingly, plaintiffs' motion is **GRANTED**.

Plaintiffs shall file defendant's letter, taking care to comply with RCFC 10(a), **no later than Wednesday, February 13, 2008**.

Additionally, for plaintiffs' future reference, when filing a motion to supplement a responsive brief, the appropriate filing event to use in the court's electronic case filing system is "Miscellaneous Relief," as a responsive brief is not considered a pleading.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge