IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DARRELL BOYE, et al., | ) | |
| | ) | No. 07-195C |
| Plaintiffs, | ) | (Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

COME NOW Plaintiffs, by and through counsel undersigned, pursuant to the Court's Order of February 6, 2008, submit their letter of compromise on discovery and defendant's letter in response refusing the offer.

RESPECTFULLY SUBMITTED this 14th day of February, 2008.

LAW OFFICES OF EDWARD D. FITZHUGH

/s/ Edward D. Fitzhugh
Edward Fitzhugh
P.O. Box 24238
Tempe, Arizona 85288-4238
Attorney for Plaintiffs

**CERTIFICATE OF FILING**

I hereby certify that on this 14th day of February, 2008, a copy of the foregoing *Notice of Filing Plaintiffs' Supplement Response to Defendant's Motion for Protective Order* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ Edward D. Fitzhugh________