***LAW OFFICE OF***
***EDWARD D. FITZHUGH***

**P.O. BOX 24238**
**TEMPE, AZ 85285-4238**
**OFFICE - (480) 752-2200**
**FAX- (480) 752-2112**

*via fax 202-514-8624*

January 17, 2008

Maame A.F. Ewusi-Mensah
Assistant Attorney General
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Attn: Classification Unit, 8th Floor

Re: *Boye, et al v. U.S.; Case No. 07-195C*

Dear Ms. Ewusi-Mensah:

I would expect that as an attorney, you can easily see that the contract provision and related CFR's require my clients be paid at the BIA rate. It is reinforced by the BIA's inability to provide any explanation why these terms don't mean what they say. The legal principles of third party beneficiary and continuing tort have been adopted by the Court of Claims some federal courts, applying state law, don't.

Under federal law the statutory interest rate of the place where the injury occurred is applied. Arizona has a ten percent rate. Interest alone could easily quadruple the principal amount owed. For example, ten dollars owed twenty-five years ago would now, with interest, be approximately one hundred twenty dollars ($120.00). If the court finds that Plaintiffs are third party beneficiaries the government will no longer have a bargaining position.

Please discuss this with your client and let me know if you would like to stay the proceeding to attempt a resolution.

Sincerely,

/s/ Edward D. Fitzhugh

Edward D. Fitzhugh

EDF/bkd