# In the United States Court of Federal Claims

No. 07-195 C
(Filed: February 15, 2008)

| | |
|---|---|
| DARRELL BOYE et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

**ORDER**

Presently before the court in the above-captioned case is Defendant's Motion for Protective Order. Plaintiffs have requested oral argument. Accordingly, after conferring with each other, the parties shall, **no later than Friday, February 22, 2008**, contact the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, to schedule the argument. The argument shall take place **no later than Friday, March 7, 2008**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. Plaintiffs' counsel may participate by telephone.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge