# In the United States Court of Federal Claims

No. 07-195 C
(Filed: February 21, 2008)

| | |
|---|---|
| DARRELL BOYE et al., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

The court will hear oral argument in the above-captioned case on Defendant's Motion for Protective Order on **Monday, March 3, 2008, at 1:00 p.m. (EST)**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. Both parties will appear in person.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge