IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DARRELL BOYE, et al., | ) | |
| | ) | No. 07-195C |
| Plaintiffs, | ) | (Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING PLAINTIFFS' EXHIBITS**

COME NOW Plaintiffs, by and through counsel undersigned, pursuant to the Court's instruction at the hearing held on March 3, 2008, submits Exhibits 1 and 2 tendered for the court's consideration during the hearing.

RESPECTFULLY SUBMITTED this 5th day of March, 2008.

LAW OFFICES OF EDWARD D. FITZHUGH

/s/ Edward D. Fitzhugh

Edward Fitzhugh
P.O. Box 24238
Tempe, Arizona 85288-4238
Attorney for Plaintiffs

**CERTIFICATE OF FILING**

I hereby certify that on this 5th day of March, 2008, a copy of the foregoing *Notice of Filing Plaintiffs' Exhibits* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ Edward D. Fitzhugh_________