**NAVAJO DIVISION OF PUBLIC SAFETY**
**DEPARTMENT OF CRIMINAL INVESTIGATION**

CRIMINAL INVESTIGATION PERSONNEL
POSITION BREAKDOWN

| Year | CI Positions | Vacant | Budgeted | % Actual Cost |
|---|---|---|---|---|
| 2000 | 41 | 14 | 55 | 75% |
| 2001 | 42 | 13 | 55 | 77% |
| 2002 | 41 | 14 | 55 | 75% |
| 2003 | 44 | 11 | 55 | 80% |
| 2004 | 42 | 15 | 50 | 70% |
| 2005 | 46 | 8 | 54 | 85% |
| 2006 | 47 | 7 | 54 | 87% |
| 2007 | 45 | 9 | 54 | 83% |

BIA does not provide adequate funds for criminal investigation personnel cost. Criminal Investigation vacant positions are never funded because BIA provided $2.8 million or 25% less funds for the last several years. FY2008 BIA provided $3 million for the criminal investigation personnel costs, but the actual criminal investigation personnel cost is estimated at $4,058,746.99. This is $1 million or 25% less than the actual criminal investigation personnel cost needed.

BIA does not provide any operation costs. Criminal Investigation actual operational cost is estimated at $1.5 million for vehicle use and mileage; personnel travel, lodging, registration and training; death investigation supplies, autopsy and toxicology; operating and office supplies; and other unfunded federal mandates.

The overall criminal investigation cost is estimated at $5.5 million.

# COPS OFFICE HIRING GRANT REVIEW

## BUDGETED AND ACTUAL STRENGTH CHART

| DEPT # | 21 | 70 | 74 | 59 | 73 | 71 | 65 | 131 | 132 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| LE DIR | 1 | | | | | | | | | 1 |
| | | | | | | | | | | |
| CAPTAIN | | 1 | 1 | | 0 | 1 | 1 | 1 | | 5 |
| | | | | | | | | | | |
| LIEUTENANT | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 8 |
| | | | | | | | | | | |
| SERGEANTS | 3 | 6 | 6 | 6 | 6 | 7 | 7 | 5 | | 46 |
| | | | | | | | | | | |
| OFFICERS | | 29 | 39 | 13 | 32 | 21 | 35 | 16 | | 185 |
| | | | | | | | | | | |
| RECRUITS | | | | | | | | | | 0 |
| | | | | | | | | | | |
| I.A. | 6 | | | | | | | | | 6 |
| | | | | | | | | | | |
| C.I. CHIEF | | | | | | | | | 1 | 1 |
| | | | | | | | | | | |
| C.I. | | | | | | | | | 40 | 40 |
| | | | | | | | | | | |
| VACANT | 3 | 4 | 0 | 13 | 1 | 13 | 3 | 2 | 14 | 53 |
| | | | | | | | | | | |
| TOTAL | 14 | 41 | 47 | 33 | 40 | 43 | 47 | 25 | 55 | 345 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| FY '00 | | | | | | | | | | 292 |
| Dec-99 | | | | | | | | | | |

# COPS OFFICE HIRING GRANT REVIEW

## BUDGETED AND ACTUAL STRENGTH CHART

| DEPT # | 21 | 70 | 74 | 59 | 73 | 71 | 65 | 131 | 132 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| CHIEF | 1 | | | | | | | | | 1 |
| | | | | | | | | | | |
| CAPTAIN | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | | 5 |
| | | | | | | | | | | |
| LIEUTENANT | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 7 |
| | | | | | | | | | | |
| SERGEANT | 4 | 5 | 6 | 6 | 6 | 7 | 7 | 5 | | 46 |
| | | | | | | | | | | |
| OFFICERS | | 29 | 34 | 18 | 35 | 27 | 32 | 14 | | 189 |
| | | | | | | | | | | |
| RECRUITS | | | | | | | | | | 0 |
| | | | | | | | | | | |
| I.A. | 5 | | | | | | | | | 5 |
| | | | | | | | | | | |
| C.I. CHIEF | | | | | | | | | 0 | 0 |
| | | | | | | | | | | |
| C.I. | | | | | | | | | 43 | 43 |
| | | | | | | | | | | |
| VACANT | 2 | 5 | 2 | 11 | 1 | 7 | 6 | 4 | 12 | 50 |
| | | | | | | | | | | |
| TOTAL | 13 | 41 | 44 | 36 | 43 | 43 | 47 | 24 | 55 | 346 |
| | | | | | | | | | | |
| FY '01 | | | | | | | | | | 269 |
| JAN | | | | | | | | | | |
| | | | | | | | | | | |

# COPS OFFICE HIRING GRANT REVIEW

## BUDGETED AND ACTUAL STRENGTH CHART

| DEPT # | 21 | 70 | 74 | 59 | 73 | 71 | 65 | 131 | 132 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF | 1 | | | | | | | | | 1 |
| CAPTAIN | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | | 5 |
| LIEUTENANT | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 7 |
| SERGEANT | 5 | 5 | 5 | 6 | 6 | 7 | 7 | 3 | | 44 |
| OFFICERS | | 29 | 37 | 22 | 34 | 29 | 35 | 13 | | 199 |
| RECRUITS | | | | | | | | | | 0 |
| I.A. | 5 | | | | | | | | | 5 |
| C.I. CHIEF | | | | | | | | | 0 | 0 |
| C.I. | | | | | | | | | 41 | 41 |
| VACANT | 3 | 5 | 3 | 6 | 1 | 5 | 3 | 8 | 14 | 48 |
| TOTAL | 14 | 41 | 47 | 35 | 43 | 43 | 47 | 25 | 55 | 350 |
| | | | | | | | | | | |
| FY '02 | | | | | | | | | | 302 |
| JAN | | | | | | | | | | |

# COPS OFFICE HIRING GRANT REVIEW

## BUDGETED AND ACTUAL STRENGTH CHART

| DEPT # | 21 | 70 | 74 | 59 | 73 | 71 | 65 | 131 | 132 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF | 0 | | | | | | | | | 0 |
| CAPTAIN | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | | 5 |
| LIEUTENANT | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | | 6 |
| SERGEANTS | 4 | 5 | 5 | 6 | 5 | 7 | 6 | 5 | | 43 |
| OFFICERS | | 27 | 35 | 22 | 33 | 28 | 30 | 11 | | 186 |
| RECRUITS | | | | | | | | | | 0 |
| I.A. | 5 | | | | | | | | | 5 |
| C.I. CHIEF | | | | | | | | | 0 | 0 |
| C.I. | | | | | | | | | 44 | 44 |
| VACANT | 3 | 3 | 5 | 6 | 4 | 5 | 8 | 7 | 11 | 52 |
| TOTAL | 12 | 37 | 47 | 35 | 43 | 42 | 46 | 24 | 55 | 341 |
| FY '03 | | | | | | | | | | 289 |
| FEB | | | | | | | | | | |

# COPS OFFICE HIRING GRANT REVIEW

## BUDGETED AND ACTUAL STRENGTH CHART

| DEPT # | 21 | 70 | 74 | 59 | 73 | 71 | 65 | 131 | 132 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF | 1 | | | | | | | | | 1 |
| CAPTAIN | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | | 4 |
| LIEUTENANT | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 7 |
| SERGEANTS | 5 | 6 | 5 | 6 | 6 | 7 | 7 | 4 | | 46 |
| OFFICERS | | 28 | 30 | 19 | 29 | 25 | 23 | 15 | | 169 |
| RECRUITS | | | | | | | | | | 0 |
| I.A. | 6 | | | | | | | | | 6 |
| C.I. CHIEF | | | | | | | | | 0 | 0 |
| C.I. | | | | | | | | | 35 | 35 |
| VACANT | 1 | 5 | 10 | 9 | 6 | 10 | 15 | 5 | 15 | 76 |
| TOTAL | 14 | 41 | 47 | 35 | 43 | 43 | 46 | 25 | 50 | 344 |
| FY '04 | | | | | | | | | | 268 |
| Dec-03 | | | | | | | | | | |

# COPS OFFICE HIRING GRANT REVIEW

## BUDGETED AND ACTUAL STRENGTH CHART

| DEPT # | 21 | 70 | 74 | 59 | 73 | 71 | 65 | 131 | 132 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF | 0 | | | | | | | | | 0 |
| CAPTAIN | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | | 4 |
| LIEUTENANT | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 8 |
| SERGEANTS | 2 | 5 | 7 | 6 | 6 | 7 | 7 | 5 | | 45 |
| OFFICERS | | 30 | 24 | 20 | 28 | 25 | 23 | 11 | | 161 |
| RECRUITS | | | | | | | | | | 0 |
| I.A. | 6 | | | | | | | | | 6 |
| C.I. CHIEF | | | | | | | | | 0 | 0 |
| C.I. | | | | | | | | | 46 | 46 |
| VACANT | 2 | 4 | 14 | 8 | 7 | 10 | 15 | 7 | 8 | 75 |
| TOTAL | 12 | 41 | 47 | 35 | 43 | 43 | 46 | 24 | 54 | 345 |
| FY '05 | | | | | | | | | | 270 |
| FEB | | | | | | | | | | |

# COPS OFFICE HIRING GRANT REVIEW

## BUDGETED AND ACTUAL STRENGTH CHART

| DEPT # | 21 | 70 | 74 | 59 | 73 | 71 | 65 | 131 | 132 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| CHIEF | 1 | | | | | | | | | 1 |
| | | | | | | | | | | |
| CAPTAIN | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | | 6 |
| | | | | | | | | | | |
| LIEUTENANT | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | | 6 |
| | | | | | | | | | | |
| SERGEANT | 4 | 4 | 7 | 6 | 6 | 7 | 7 | 5 | | 46 |
| | | | | | | | | | | |
| OFFICER | | 33 | 34 | 31 | 31 | 33 | 31 | 17 | | 210 |
| | | | | | | | | | | |
| RECRUITS | | | | | | | | | | 0 |
| | | | | | | | | | | |
| I.A. | 6 | | | | | | | | | 6 |
| | | | | | | | | | | |
| C.I. CHIEF | | | | | | | | | 0 | 0 |
| | | | | | | | | | | |
| C.I. | | | | | | | | | 47 | 47 |
| | | | | | | | | | | |
| VACANT | 1 | 2 | 4 | 2 | 4 | 1 | 7 | 3 | 7 | 31 |
| | | | | | | | | | | |
| TOTAL | 13 | 41 | 47 | 40 | 43 | 43 | 47 | 25 | 54 | 353 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| FY '06 | | | | | | | | | | 322 |
| JAN | | | | | | | | | | |

# COPS OFFICE HIRING GRANT REVIEW

## BUDGETED AND ACTUAL STRENGTH CHART

| DEPT # | 21 | 70 | 74 | 59 | 73 | 71 | 65 | 131 | 132 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF | 1 | | | | | | | | | 1 |
| CAPTAIN | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | | 5 |
| LIEUTENANT | | 1 | 1 | 1 | 1 | 0 | 1 | 1 | | 6 |
| SERGEANTS | 4 | 4 | 4 | 4 | 4 | 6 | 7 | 4 | | 37 |
| OFFICERS | | 32 | 33 | 22 | 31 | 32 | 31 | 17 | | 198 |
| RECRUITS | | | | | | | | | | 0 |
| I.A. | 6 | | | | | | | | | 6 |
| C.I. CHIEF | | | | | | | | | 0 | 0 |
| C.I. | | | | | | | | | 53 | 53 |
| VACANT | 0 | 3 | 6 | 5 | 7 | 4 | 7 | 3 | 1 | 36 |
| TOTAL | 12 | 41 | 45 | 32 | 43 | 43 | 47 | 25 | 54 | 342 |
| FY '07 | | | | | | | | | | 306 |
| FEB | | | | | | | | | | |