# In the United States Court of Federal Claims

No. 07-195 C
(Filed: May 12, 2008)

| | |
|---|---|
| DARRELL BOYE et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On May 9, 2008, the parties in the above-captioned case filed a joint status report to suggest further proceedings. Defendant's proposed schedule includes another round of briefing on defendant's motion to dismiss. However, plaintiffs, believing that defendant has been less than forthcoming with its discovery responses, propose to file another motion to compel, which would be followed by hearings on their motion to compel and defendant's motion to dismiss. After due consideration of the parties' proposals, the court adopts the following schedule:

- Plaintiffs shall file a reply in support of "Plaintiffs' Motion to Supplement Response to Motion to Dismiss and Motion to Expand Scope of Discovery" **no later than Thursday, May 15, 2008**.

- The parties shall attempt to resolve their disputes regarding the discovery permitted by the court in its March 4, 2008 ruling.

- If plaintiffs, after conferring with defendant in good faith "in an effort to secure the information or material without court action," see RCFC 37(a)(2)(B), conclude that court intervention is required, they shall file a motion to compel **no later than Monday, June 16, 2008**. Defendant's opposition brief and plaintiffs' reply brief shall be filed **within the time allowed by RCFC 7.2**. When briefing is complete, the court will issue an order concerning oral argument on plaintiffs' motion to compel and "Plaintiffs' Motion to Supplement Response to Motion to Dismiss and Motion to Expand Scope of Discovery."

- On the other hand, if plaintiffs conclude that the court's intervention is not required, they shall file a status report indicating that fact **no later than Monday, June 16, 2008**. The court will then issue an order concerning oral argument on "Plaintiffs' Motion to Supplement Response to Motion to Dismiss and Motion to Expand Scope of Discovery."

- Further briefing on defendant's motion to dismiss remains **STAYED** at this time. The court will not schedule additional briefing on the motion to dismiss until the discovery issues are resolved.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge