IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DARRELL BOYE, et al., | ) | |
| | ) | No. 07-195C |
| Plaintiffs, | ) | (Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME (UNOPPOSED)**

COME NOW Plaintiffs, by and through undersigned counsel, request an additional two business days (to May 19, 2008) to submit their Reply to Defendant's Response to Plaintiffs' Motion to Supplement Motion to Dismiss and Motion to Expand Scope of Discovery. Defense counsel does not object to the extension.

The extension is necessary because Plaintiffs' counsel has been called out of the office on an emergency and has been unable to file the pleading by close of business today.

Currently Plaintiffs' Reply is due on May 15, 2008. Plaintiffs' Reply will be filed on May 19, 2008.

WHEREFORE, Plaintiffs respectfully request the Court enter an order extending Plaintiff's Reply to Defendant's Response to Plaintiffs' Motion To Supplement Motion to Dismiss and Motion to Expand Scope to be filed with the court on May 19, 2008.

RESPECTFULLY SUBMITTED this 15th day of May, 2008.

LAW OFFICES OF EDWARD D. FITZHUGH
/s/ Edward D. Fitzhugh__________________
Edward Fitzhugh
P.O. Box 24238
Tempe, Arizona 85288-4238
Attorney for Plaintiffs

**CERTIFICATE OF FILING**

I hereby certify that on this 15th day of May, 2008, a copy of the foregoing *PLAINTIFFS' MOTION FOR EXTENSION OF TIME (UNOPPOSED)* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ Barbara K. Dean_________