# In the United States Court of Federal Claims

No. 07-195 C
(Filed: May 16, 2008)

| | |
|---|---|
| DARRELL BOYE et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On May 15, 2008, plaintiffs in the above-captioned case filed an unopposed motion for enlargement of time, seeking to extend their deadline to file a reply brief in support of "Plaintiffs' Motion to Supplement Response to Motion to Dismiss and Motion to Expand Scope of Discovery" by two business days. Plaintiffs' motion is **GRANTED**. Accordingly, plaintiffs shall file their reply brief **no later than Monday, May 19, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge