IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DARRELL BOYE, et al., | ) | |
| | ) | No. 07-195C |
| Plaintiffs, | ) | (Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME (UNOPPOSED)**

COME NOW Plaintiffs, by and through undersigned counsel, request an additional three business days (to June 19, 2008) to submit their Motion to Compel. Defense counsel does not object to this extension.

The extension is necessary because Plaintiffs' counsel has been in depositions out of the office and has been unable to file the pleading by close of business today.

Currently Plaintiffs' Motion to Compel is due on June 16, 2008. Plaintiffs' Motion to Compel will be filed on May 19, 2008.

WHEREFORE, Plaintiffs respectfully request the Court enter an order extending Plaintiff's Motion to Compel to be filed with the court on June 19, 2008.

RESPECTFULLY SUBMITTED THIS 16TH day of June, 2008.

**LAW OFFICES OF EDWARD D. FITZHUGH**

/s/ Edward D. Fitzhugh

Edward Fitzhugh
P.O. Box 24238
Tempe, Arizona 85288-4238
Attorney for Plaintiffs
Tel: (480) 752-2200
Fax: (480) 752-2112

**CERTIFICATE OF FILING**

I hereby certify that on this 16th day of June, 2008, a copy of the foregoing *PLAINTIFFS' MOTION FOR EXTENSION OF TIME (UNOPPOSED)* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ Barbara K. Dean_________