# In the United States Court of Federal Claims

No. 07-195 C
(Filed: June 17, 2008)

```
***********************************
DARRELL BOYE et al.,              *
                                  *
                 Plaintiffs,      *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**<u>ORDER</u>**

On June 16, 2008, plaintiffs in the above-captioned case filed an unopposed motion for enlargement of time, seeking to extend their deadline to file their motion to compel by three business days. Plaintiffs represent that defendant does not oppose their motion. Thus, plaintiffs' motion is **GRANTED**. Accordingly, plaintiffs shall file their motion to compel **no later than Thursday, June 19, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge