NAVAJO
NATION
P. O. BOX 9000 • WINDOW ROCK, ARIZONA 86515 • (520) 871-6

KELSEY A. BEGAYE
PRESIDENT

TAYLOR McKENZIE
VICE PRESIDENT

January 14, 2002

U.S. Department of the Interior
BIA-Navajo Regional Office
Branch of Self-Determination
Attention: Delores Torrez
P.O. Box 1060
Gallup, New Mexico 87305

Re: Law Enforcement, Contract No. CTN00T78084
Criminal Investigations, Contract No. CTN00T78085
Corrections, Contract No. CTNT0078086

Dear Ms. Torrez:

Enclosed are three (3) signed copies of Public Law 93-638 contracts for Law Enforcement, Criminal Investigations and Corrections in the amount of $20,029,949 for fiscal year 2002.

Upon review and signature, please provide one (1) fully executed copy of each contract to

Contracting Officer
Office of Contract and Grants, OMB
The Navajo Nation
Post Office Box 646
Window Rock, AZ 86515

Should you require additional information or have any questions, you may call Office of Contract and Grants at (520) 871-6470.

Sincerely,

THE NAVAJO NATION

Kelsey A. Begaye, President
Office of President and Vice President

RECEIVED

Encl.: Contract No. CTN00T8084/5/6
Xc: Dorothy L. Fulton, Acting Division Director, NDPS
Dorothy Smith, Accounting Manager, Contract Accounting Section, DOF
Chrono/File

JAN 17 2002

Awarding Official

Scope of Authority, Duties, and Responsibilities of an Awarding Official's Technical Representative (AOTR) on Contract Number CTN00T78084, Law Enforcement.

Mr. Danny Breuninger, District Commander, District Four (4), Office of Law Enforcement Services

This Memorandum of Designation is to formally appoint you as an Awarding Official's Technical Representative (AOTR) for the term of the cited contract (Sections attached). I shall contact you to discuss your duties and responsibilities as an AOTR and to answer any questions you may have after reading the attached material.

Since this contract is awarded to a tribal organization pursuant to the authority of P.L. 93-638, as the Program Specialist you will serve as primary AOTR pursuant to Bureau policy. Staff persons designated by you (who are knowledgeable in the technical areas covered by this contract) shall serve as SUB-AOTR's and are responsible directly to you for administration of this contract. A Memorandum of Designation should be provided to those persons as well. Your request for a SUB-AOTR designation must be in writing and must identify the specific duties you want performed.

I have discussed your appointment with your immediate supervisor who understands that your AOTR duties will be in addition to your regular Bureau responsibilities.

The duties and responsibility of the AOTR shall include, but are not limited to, the following:

(a) Become thoroughly familiar with the terms and conditions of the contract.

(b) Prepare a plan for monitoring the contract and submit it to the Awarding Official within 45 calendar days of receipt of the designation memorandum.

(c) Recommend resolution of questions of fact with regard to quality and acceptability of work performed when determining compliance with the terms and provisions of the contract.

(d) Advise the tribal organization of any violation of the contract terms and provisions and promptly bring the matter to the attention of the Awarding Official if the tribal organization fails or is unable to correct or stop the violation.

(e) Review any proposed modifications initiated by the tribal organization and furnish recommendations regarding their cost, need, etc.

(f) Maintain a working contract file.

(g) Ensure contract funds are used for the purpose intended, ensure cash on hand is not excessive, ensure that accounting and appropriation data are correct and that all disbursements are properly supported with contracts, purchase orders, invoices, receiving reports and/or inspection reports.

(h) Submit quarterly monitoring reports for the term of the contract and semi-annual monitoring rep rts for a mature contract.

(i) Review contract progress reports and recommend approval or disapproval to the Awarding Official.

(j) Ensure that all accountable real and personal property purchased with contract funds or provided as Federal Government furnished property are accounted for, tagged and inventoried annually, and ensure that laws, regulations, departmental and Bureau directives are followed in the excess and disposal processes.

(k) The AOTR shall NOT:

(1) Enter into supplemental agreements.

(2) Suspend work or issue change orders.

(3) Grant extensions of time.

(4) Modify the terms or conditions of the contract.

(5) Commit the Federal Government in any manner.

(6) Redelegate your duties and responsibilities.

(7) Make a final decision that is subject to appeal under the dispute clause of the contract.

As the AOTR with responsibility delegated as an agent of the Federal Government, you are to have timely, direct and free communications with my office on any item pertaining to this contract. Please do not hesitate to contact me by telephone at (505) 863-8227.

A copy of this Memorandum of Designation is being forwarded to your immediate Supervisor, to the contractor, and to your official personnel folder.

I look forward to working with you on administering this contract.

DOLORES F TORREZ

Attachments:

cc: The Navajo Nation
Office of Contracts and Grants
P. O. Box 9000
Window Rock, Arizona 86515 - 2 Copies

ACKNOWLEDGE RECEIPT OF:

NAME: [signature]

TITLE: [signature]

DATE: 1-22-02